IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| Kyle Michael Knop | ) | Case No. 11-20505-RDB |
| | ) | |
| Debtor. | ) | |

## AMENDMENT TO DEBTOR'S CHAPTER 13 PLAN

COME NOW the Debtor, by and through his attorney, Sarah A. Sypher, of Sypher Law Group, LLC and hereby amends her plan as follows:

10. **DEBTS SECURED BY PERSONAL PROPERTY**

   **e. 910 CAR LOAN CREDITORS**  Each "910 car loan" creditor listed below will be paid the amount of the debt owed, unless the creditor agrees to receipt of less than the full amount under the Plan. **[Debtor must specifically include in the "Non-Standard Provisions" section for ¶ 10(e) if there is any attempt to pay less than the full amount of the claim.]**  The Monthly Payment specified is an estimate, and the actual amount may vary, depending upon the amount of the allowed claim.

| **CREDITOR** | **COLLATERAL** | **DEBT** | **VALUE** | **MO. PAYMENT** |
|---|---|---|---|---|
| Fifth Third Bank | 2006 Jeep Commander | $14793 | $14500 | $150 |
| | | $ | $ | $ |
| | | $ | $ | $ |

**NON-STANDARD PROVISIONS FOR ¶ 10(e):**
**Trustee is authorized to pay Fifth Third Bank $150 per month in adequate protection payments and increase EMA payments after attorney fees are paid in full.  Fifth Third Bank secured claim shall be paid at the *Till* rate of interest.**

    Respectfully submitted,

    /s/ Sarah A. Sypher____
    Sarah A. Sypher- KS Bar #21993
    Ryan D. Kiliany- MO Bar #59070
    Sypher Law Group, LLC
    10955 Lowell Ave., Ste. 630
    Overland Park, KS  66210
    (913) 451-8833
    (913) 451-8843 (Fax)
    Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
 Kyle Michael Knop ) Case No. 11-20505-RDB
 )
            Debtor. )

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S AMENDMENT TO CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above Debtors' Amendment to Chapter 13 Plan with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **April 26, 2011**, the Court will enter an order prepared and submitted by debtors within ten (10) days of the objection deadline and no hearing will be held.

    If you file a timely objection, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, Room 151, 500 State Avenue, Kansas City, Kansas 66101, on **May 24, 2011, at 9:30 a.m.**, or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

                                                 /s/ Sarah A. Sypher
                                                 Sarah A. Sypher- KS Bar #21993
                                                 Ryan D. Kiliany- MO Bar #59070
                                                 Sypher Law Group, LLC
                                                 10955 Lowell Ave., Ste. 630
                                                 Overland Park, KS 66210
                                                 (913) 451-8833
                                                 (913) 451-8843 (Fax)
                                                 Attorney for Debtor

## CERTIFICATE OF MAILING

    I do hereby certify that, on Tuesday, April 05, 2011, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing Amendment to Chapter 13 Plan with an attached copy of the pleading addressed to the parties listed on the attached matrix:

    I also certify that the Chapter 13 Trustee and US Trustee are being served electronically on the same date this pleading is being filed.

/s/ Sarah A. Sypher
   Sarah A. Sypher

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 11-20505<br>District of Kansas<br>Kansas City<br>Tue Apr  5 15:29:47 CDT 2011 | Capital One Auto Finance Department<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Fifth Third Bank, c/o Michael P. Gaughan<br>6363 College Blvd. Ste 100<br>Overland Park, KS 66211-1881 |
| Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | American InfoSource LP as agent for<br>T MobileTMobile USA Inc<br>PO Box 248848<br>Oklahoma City OK   731248848 | Bank Of America<br>PO Box 15026<br>Wilmington DE  19850-5026 |
| Beachbody<br>PO Box 406<br>Farmingdale NY   11735-0406 | Capital One<br>PO Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Auto Finance<br>PO Box 260848<br>Plano TX   75026-0848 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382-9009 | Home Depot<br>ATTN: Bankruptcy Dept<br>PO Box 20363<br>Kansas City MO 64195-0363 |
| Industrial Credit Service<br>PO Box 4149<br>Bellevue WA 98009-4149 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 | Johnson County Wastewater<br>PO Box 219948<br>Kansas City MO  64121-9948 |
| Kansas Gas Service<br>PO Box 3535<br>Topeka KS  66601-3535 | Lease Source Inc<br>132 W 31st St Fl 14<br>New York NY 10001-3406 | M& I Marshall & Isley Bank<br>Attn: Latham Scott<br>1201 NW Briarcliff Parkway<br>Kansas City MO 64116-1878 |
| Nebraska Furniture Mart<br>PO Box 3000<br>Omaha NE 68103-3030 | Parker Paint MFG Co Inc<br>3003 Tacoma Ave S<br>Tacoma WA 98409-4795 | Sherwin-Williams Co<br>Acounts Receivable Dept<br>900 West Blue Ridge Blvd<br>Kansas City MO  64145-1202 |
| Time Warner Cable<br>PO Box 2599<br>Omaha NE  68103-2599 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | US Attorney's Office For Kansas<br>Robert J Dole US Courthouse Suite 360<br>500 State Avenue<br>Kansas City KS 66101-2448 |
| Universal Fidelity LP<br>1445 Langham Creek Drive<br>Houston TX 77084-5012 | Wells Fargo Bank<br>PO Box 10347<br>Des Moines IA  50306-0347 | Kyle Michael Knop<br>6633 W. 150th St.<br>Overland Park, KS 66223-2545 |
| Sarah A. Sypher<br>Sypher Law Group, LLC<br>10955 Lowell Avenue<br>Suite 630<br>Overland Park, KS 66210-2319 | William H Griffin<br>6330 Lamar, Suite 110<br>Overland Park, KS 66202-4286 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Fifth Third Bank                        End of Label Matrix
5001 Kingsley Drive                     Mailable recipients    28
Cincinnati OH  45263                    Bypassed recipients     0
                                        Total                  28
```